UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUANJA EDWARD ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, SALINAS VALLEY STATE PRISON,<br><br>Defendants. | No. C 15-2013 MEJ (PR)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>Docket No. 14 |

On May 5, 2014, plaintiff, an inmate at Salinas Valley State Prison ("SVSP"), filed this *pro se* action under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.* ("ADA"). On December 9, 2015, the Court reviewed plaintiff's amended complaint and found that, liberally construed, it stated an ADA claim. Plaintiff correctly named as defendants SVSP and the California Department of Corrections and Rehabilitation ("CDCR"). See Alsbrook v. City of Maumelle, 184 F.3d 999, 1005 n.8 (8th Cir. 1999) ("[The ADA] provides disabled individuals redress for discrimination by a 'public entity.' See 42 U.S.C. § 12132. That term, as it is defined within the statute, does not include individuals. See 42 U.S.C. § 12131(1).").

In its December 9, 2015 order, the Court directed service on Jeffrey Beard and William Muniz, in their capacities as representatives of, respectively, the CDCR and SVSP. The CDCR and SVSP have appeared in this action and point out that Jeffrey Beard and William Muniz were not named in plaintiff's amended complaint. They request modification of the December 9, 2015 order to show that the CDCR and SVSP are the only defendants. Defendants are correct that the Court erroneously named Mr. Beard and Mr. Muniz as

defendants. Accordingly, the December 9, 2015 order is now amended to delete lines 16 through 17 on page 3 and replace them with the following text:

– California Department of Corrections & Rehabilitation
– Salinas Valley State Prison

The Clerk shall terminate Jeffrey Beard and William Muniz as defendants on the Court's docket in this action. Defendants' request to reissue summons is denied as unnecessary given that the CDCR and SVSP have been served via their agents and have appeared through counsel.

The schedule for filing of dispositive motions set forth in the December 9, 2015 order remains in place.

This order terminates Docket No. 14.

IT IS SO ORDERED.

DATED: February 3, 2016

Maria-Elena James
United States Magistrate Judge