1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6
7

TUANJA EDWARD ANDERSON,

Plaintiff,

Case No. 15-cv-02013-MEJ

8

**ORDER OF DISMISSAL**

v.

9
10

CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,

11

Defendants.

12
13

Plaintiff, an inmate at the California Institute for Men ("CIM"), filed this *pro se* action

14

alleging violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.*

15

("ADA"). On December 1, 2016, the Court dismissed Plaintiff's amended complaint with leave to

16

amend, and directed Plaintiff to file a second amended complaint within twenty-eight days.

17

(Docket No. 28.) The deadline has since passed and Plaintiff has failed to file an amended

18

complaint or otherwise communicate with the Court. Accordingly, this case is DISMISSED

19

without prejudice. The Clerk shall terminate all pending motions and deadlines.

20

**IT IS SO ORDERED.**

21
22

Dated: January 13, 2017

23

_____

24

MARIA-ELENA JAMES
United States Magistrate Judge

25
26
27
28